**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ESTELLE M. CHARLES-NEWTON  Case Number: 07-70149
1252 SOUTH STATE AVENUE
FREEPORT, IL  61032        SSN-xxx-xx-6764

Case filed on: 1/23/2007
Plan Confirmed on: 5/18/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $783.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 595.90 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 595.90 | 0.00 |
| 999 | ESTELLE M. CHARLES-NEWTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 6,062.98 | 6,062.98 | 139.78 | 0.00 |
|  | Total Secured | 6,062.98 | 6,062.98 | 139.78 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BAY AREA CREDIT SERVICE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CARD PROCESSING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DR. HARTOG | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FREEPORT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | OPEN BIBLE CHILD CARE & LEARNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TRI-STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AFNI/VERIZON | 270.35 | 270.35 | 0.00 | 0.00 |
| 013 | AFNI/VERIZON | 1,808.85 | 1,808.85 | 0.00 | 0.00 |
| 014 | NICOR GAS | 286.28 | 286.28 | 0.00 | 0.00 |
|  | Total Unsecured | 2,365.48 | 2,365.48 | 0.00 | 0.00 |
|  | Grand Total: | 11,428.46 | 11,428.46 | 735.68 | 0.00 |

Total Paid Claimant:     $735.68
Trustee Allowance:       $47.32        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00       discharging the trustee and the trustee's surety from any and all
                                       liablility on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008        By  /s/Heather M. Fagan